# THOMAS *v.* IOWA.

## ERROR TO THE SUPREME COURT OF THE STATE OF IOWA.

No. 448.   Argued December 13, 1909.—Decided December 20, 1909.

A writ of error to review a judgment of the highest court of a State,
  dismissed for want of jurisdiction without opinion.
Writ of error to review, 135 Iowa 717; 109 N. W. Rep. 900, dismissed.

 *Mr. J. T. Mulvaney* for plaintiff in error.

*Mr. Charles W. Lyon* for defendant in error.

*Per Curiam.*   Writ of error dismissed for want of jurisdiction.   No further opinion will be filed.[1]

———————————

# *Ex parte* UNITED STATES CONSOLIDATED SEEDED RAISIN COMPANY.

## PETITION FOR MANDAMUS.

No. —.   Original.   Submitted December 20, 1909.—Decided January 3,
1910.

Motion for leave to file petition for a writ of mandamus or certiorari
  denied.

*Mr. John H. Miller* for petitioner.

*Per Curiam.*   Motion for leave to file petition for writ of
mandamus or certiorari denied.

---

[1] This case had been once before to this court on writ of error and the writ dismissed.   See 209 U. S. 258